**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**KEVIN P. MALONEY,**

   *Petitioner*,

**v.**                                                    **Case No.: 5:26cv83-MW/MAF**

**STATE OF FLORIDA, et al.,**

   *Respondents*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 7. Accordingly, upon consideration, no objections having been filed by the parties,

   **IT IS ORDERED:**

The report and recommendation, ECF No. 7, is **accepted and adopted** as this Court's opinion. The Clerk shall **TRANSFER** this case, including any service copies and pending motions, to the United States District Court for the Southern District of Florida for all further proceedings and close the file.

   **SO ORDERED on May 13, 2026.**

                                        **s/Mark E. Walker_____**
                                        **United States District Judge**